FILED

APR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>Francisca ALVARADO-Rivera (1)<br>Juan ALVARADO-Rivera (2)<br>Efrain ANGUIANO-Gonzalez (3)<br>Victor Belen MENA-Aldaco (4)<br><br>Material Witnesses. | Magistrate No.: **08MJ8224**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Motion & Order to Dismiss Material Witness Complaint Without Prejudice |

MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, John F. Weis, and hereby moves to dismiss, without prejudice, the complaint against the above named material witnesses in the interest of justice for further investigation.

ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint

Material Witness, Title 18 U.S.C. § 3144, filed on March 12, 2008, before Magistrate Judge Peter C. Lewis, be dismissed, without prejudice, as to the above named material witnesses.

IT IS FURTHER ORDERED that bond be exonerated, if bond posted or material witnesses be released, if in custody.

IT IS FURTHER ORDERED that any pending hearing dates be vacated as to the above named material witnesses.

DATED: 4-3-08.

PETER C. LEWIS
U. S. MAGISTRATE JUDGE

Presented by:

KAREN P. HEWITT
United States Attorney

John F. Weis

JOHN F. WEIS
Assistant U.S. Attorney